UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CENTIMARK CORPORATION,**

**Plaintiff,**

-vs-                                                              Case No. 6:05-cv-136-Orl-31DAB

**A TO Z COATINGS & SONS, INC. and A
TO Z COATINGS, INC.,**

**Defendants**

# ORDER

This matter came on for consideration without a hearing on the motion to vacate default (Doc. 26) filed by Defendant A to Z Coatings & Sons, Inc. ("A to Z & Sons") and the reply (Doc. 32) filed by the Plaintiff, Centimark Corporation ("Centimark"), as well as the motions to stay or dismiss and to compel mediation or arbitration filed by both Defendants (Doc. 25, Doc. 27) and Centimark's reply (Doc. 31). Read together, these documents demonstrate that, after refusing to mediate or arbitrate, the Defendants have spent months dodging service, forcing Centimark to file this suit and, eventually, employ substituted service of process to overcome the Defendants' failure to provide a registered agent. After service of process was accomplished in July 2005,[1] A to Z & Sons waited until after the 20-day deadline to answer had passed before retaining counsel. Once retained, counsel for A to Z & Sons never filed an answer, requested an extension, or replied to the motion for default.

---

[1] In its motion, Centimark says it accomplished service of process on July 22, 2005 (Doc. 32 at 1), but the return of service is dated July 1, 2005 (Doc. 21 at 3).

A to Z & Sons has failed to demonstrate that excusable neglect led to its failure to answer. Moreover, the Court finds that by their conduct the Defendants have waived any right they might have had to demand mediation or arbitration.  Accordingly, it is hereby

**ORDERED** that the  motion to vacate default (Doc. 26) and the motions to stay or dismiss and to compel mediation or arbitration (Doc. 25, Doc. 27) are **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 31, 2005.

                                               GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party