**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CENTIMARK CORPORATION,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-136-Orl-31DAB**

**A TO Z COATINGS & SONS, INC. and A**
**TO Z COATINGS**

        **Defendants**
_____

## ORDER

Plaintiff has moved to sanction Defendant (Doc. 61) due to a colloquy which occurred at the adjourned deposition of Gerald Robb, Sr. on April 28, 2006 (Doc. 63). Defendant filed a response at Doc. 65.

The Court has reviewed the deposition transcript. The witness was not asked whether a separate corporation was formed when Mr. Robb's son moved back to Pennsylvania. Thus, defense counsel's request for clarification regarding the meaning of a parent/subsidiary relationship was appropriate under the circumstances. In the Court's view, Plaintiff's counsel acted unprofessionally in abruptly adjourning the deposition without making any attempt to accommodate defense counsel's reasonable effort to protect the interest of his client. Accordingly, it is

    **ORDERED** that Plaintiff's Motion is DENIED.

It is further **ORDERED** that Plaintiff shall reimburse Defendant for the reasonable cost of defending this motion and rescheduling the deposition. If the parties cannot agree on an amount, Defendant may file his claim within 10 days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 14, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party