# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CENTIMARK CORPORATION,**

        **Plaintiff,**

**-vs-**                                                   **Case No. 6:05-cv-136-Orl-DAB**

**A TO Z COATINGS & SONS, INC. and A TO Z COATINGS**

        **Defendants**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO QUASH (Doc. No. 88)**
>
> **FILED:**       July 27, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiff's discovery request and expert designation are seriously untimely. As pointed out in the Motion, the discovery period closed many months prior to this case being transferred to the undersigned, and prior to the Trial Order issued by this Court. Thus, there was no need to address long expired deadlines for the completion of discovery or disclosure of experts in the Trial Order, and the Order's silence on these issues cannot be interpreted as reviving them. Contrary to Plaintiff's contention, a reopening of discovery would be unfairly prejudicial to Defendant. The case has been pending since January 2005. Plaintiff has had more than ample time to ready this case for trial. The

expert designation is stricken and the Notice of Production (to the extent a subpoena was issued) is quashed.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record