# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CENTIMARK CORPORATION,**

        **Plaintiff,**

**-vs-**                                                            **Case No. 6:05-cv-136-Orl-DAB**

**A TO Z COATINGS & SONS, INC. and A
TO Z COATINGS**

        **Defendants**
_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **EMERGENCY MOTION TO COMPEL AND FOR SANCTIONS (Doc. No. 124)**
>
> **FILED:**    March 12, 2008
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** in part, without prejudice, and otherwise **DEFERRED**.

    The motion notes that Defendants have apparently hired attorney Anthony E. Palmer as new counsel, but such counsel has not appeared in this case, nor is the motion served on Mr. Palmer. To the extent Plaintiff seeks emergency relief, the motion is **DENIED, without prejudice.** No basis for emergency treatment has been shown. To the extent Plaintiff seeks sanctions for the non-appearance, the motion will be taken up by the Court in due course. As Plaintiff's counsel has actual knowledge of the purported appearance of new counsel for Defendants, he is **directed** to serve (by facsimile, email or other immediate means) a copy of both the motion and this Order on Mr. Palmer forthwith.

To the extent Mr. Palmer intends to appear in this matter, he is directed to file his Notice of Appearance immediately. In the meantime, Mr. Pierce is reminded that he is still counsel of record for Defendants (no motion to withdraw has been filed). Defendants shall file a response to the motion within 11 days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on March 12, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record